UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:21-cv-22325-MGC-JJO

RAMON E. RASCO, an individual,
ARMANDO J. GUERRA, an individual,

    Plaintiffs,

v.

W. KIRK WYCOFF, an individual,
HOWARD FEINGLASS, an individual,
WAYNE K. GOLDSTEIN, an individual, and
U.S. CENTURY BANK, a Florida corporation,

    Defendants.

_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

    Plaintiffs, by their undersigned counsel, hereby voluntarily dismiss this action without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

August 25, 2021

**NELSON MULLINS BROAD AND CASSEL**

By: /s/ *George G. Mahfood*
George G. Mahfood Fla. Bar No. 77356
Ryan K. Todd Fla. Bar No. 91679
One Biscayne Tower, 21st Floor
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305.373.9427
george.mahfood@nelsonmullins.com
ryan.todd@nelsonmullins.com
*Counsel for Plaintiffs Ramon E. Rasco and Armando Guerra*